ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| J.L. BOYD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT LUNA, KATHRYN BARGER, JANICE HAHN, HOLLY MICHELL, HILDA SOLIS, LINDEY HORVATH, and 10 UNKNOWN NAMED DEFENDANTS, 1-10,<br><br>　　　　　Defendants. | CASE NO.: 2:24-cv-05716-SPG-AJR<br><br>Hon. Sherilyn Peace Garnett<br><br>**DEFENDANTS' NOTICE OF RELATED CASE**<br><br>[Local Rule 81-1] |

1 | Pursuant to Local Rule 83-1.3, the defendants hereby advise the Court of the relationship between this matter and *Rutherford v. Block, et al*, 75-CV-04111 DDP (C.D. Cal) ("*Rutherford*"), pending before Hon. Dean D. Pregerson.  The allegations in this action and *Rutherford* arise from closely related transactions, happenings or events; concern the determination of the same or substantially related or similar questions or law and fact, and for other reasons would entail substantial duplication of labor if heard by different judges. *See* Local Rule 83-1.3.1(a)-(c).

*Rutherford* was a class action filed on behalf of inmates in the Los Angeles County jail which sought declaratory and injunctive relief for multiple jail conditions which were alleged to violate inmates' constitutional rights.  Among other allegations in *Rutherford* was that deputies "regularly use excessive force, inflict verbal abuse upon the prisoners, and generally conduct a 'reign of terror' at the jail."  The *Rutherford* Court found that certain conditions of confinement violated the constitutional rights of inmates and entered injunctive relief.

Over the years, at least 9 other cases concerning similar issues were related to *Rutherford*, including *USA v. County of Los Angeles,* 15-CV-05903 (C.D. Cal) (concerning mental health issues in jail) and *Rosas v. McDonnell*, 12-CV-00428 (C.D.Cal) (concerning uses of force in the jail).

Like *Rotherford*, *USA* and *Rosas*, the complaint in this action alleges acts of cruelty, abuse and violence, the denial of basic accommodations, and allegedly abysmal and degrading conditions of confinement in the LA County jail.  And like in *Rotherford*, *USA* and *Rosas*, the plaintiff here claims these conditions were allegedly allowed, permitted, acquiesced-to, ratified and condoned by a long-standing and widespread practice and/or policy of the County.

While the *Rutherford* docket reflects the case was terminated in 2015, the Court has retained jurisdiction to enforce the orders and rulings previously issued by the Court.  Some three weeks ago, on July 15, 2024, the parties in *Rutherford* filed a Quarterly Report updated the Court on their compliance.  The interrelationship

between the *Rutherford* matter and its related actions, including *USA* and *Rosas*, and this case warrants treating these matters as related cases.

DATED: August 9, 2024

GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP

By: /s/Andrew Baum

ANDREW BAUM
Attorneys for Defendants