UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| J.L. BOYD, R. CAMOU, and C. ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, KATHRYN BARGER, JANICE HAHN, HOLLY MITCHELL, HILDA SOLIS, LINDSEY HORVATH, HUGO MACIAS, and 9 UNKNOWN NAMED DEFENDANTS,<br><br>Defendants. | CASE NO.: 2:24-cv-05716-SPG-AJR<br><br>Hon. Sherilyn Peace Garnett<br><br>**[PROPOSED] ORDER SUSTAINING DEFENDANTS' EVIDENTIARY OBJECTIONS AND STRIKING PLAINTIFFS' RULE 28(J) ANALOG IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION (DKT. 43)** |

On October 18, 2024, Defendants Robert Luna, Kathryn Barger, Janice Hahn, Holly Mitchell, Hilda Solis, Lindsey Horvath, and Hugo Macias (collectively, "Defendants") filed evidentiary objections and a request to strike Plaintiffs J.L. Boyd, R. Camou, and C. Robinson's ("Plaintiffs") Rule 28(j) Analog in Support of Motions for Class Certification and Preliminary Injunction (Dkt. 43, "Plaintiffs' Rule 28(j) Analog").

Rule 28(j) of the Federal Rules of Appellate Procedure is inapplicable to this action, and there is no provision in the Federal Rules of Civil Procedure providing for Plaintiffs' submission. In addition, Plaintiffs' submission denies Defendants the opportunity to submit an authorized response in violation of their due process rights. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief."); *Stuart v. Cnty. of Riverside*, 2024 WL 3455263, at *10 n.15 (C.D. Cal. Apr. 22, 2024) (Garnett, J.) (citing *Zamani* for the proposition that arguments not raised in opening briefing can be disregarded); *Wallster, Inc. v. Redbubble, Inc.*, 2022 WL 17371051, at *5 n.4 (C.D. Cal. Oct. 21, 2022) (Garnett, J.) (declining to consider argument raised for the first time in reply brief). Further, Plaintiffs' submission is inadmissible because it is irrelevant to the pending motions and constitutes hearsay. *See* Fed. R. Evid. 402, 802; *Perry v. Kemna,* 356 F.3d 880, 889 (8th Cir. 2004).

///
///
///
///
///
///
///
///
///

1

The Court, having considered Defendants' Evidentiary Objections and Request to Strike Plaintiffs' Rule 28(j) Analog and finding good cause therefor, hereby SUSTAINS Defendants' evidentiary objections, GRANTS Defendants' request to strike, and ORDERS as follows:

Plaintiffs' Rule 28(j) Analog is stricken and the Court will not consider it in connection with Plaintiffs' motions for class certification and preliminary injunction.

IT IS SO ORDERED.

DATED: _____    _____
                              HON. SHERILYN PEACE GARNETT
                              UNITED STATES DISTRICT JUDGE